**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
PORFIRIO ROCETE et al.,

                        Plaintiff,                            **ORDER**

          -against-                        **25-CV-8038 (DEH)(JW)**

SOM JAI NUK INC. et al.,

                        Defendant.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of counsel for Plaintiff's motion to withdraw. Dkt. No.

19. The Court will hold a telephone conference regarding the motion to withdraw as

counsel on **March 9, 2026 at 2:00PM**. To join the conference dial **+1 646-453-4442**

and enter **306 866 709#.**

Counsel for Plaintiff is to serve the motion to withdraw and notice of the March

9th  hearing on their client in English and Spanish.


      SO ORDERED.

DATED:    New York, New York
            February 13, 2026

                                  *Jennifer E. Willis*
                               JENNIFER E. WILLIS
                              United States Magistrate Judge