**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
PORFIRIO ROCETE et al.,

                Plaintiff,                  **ORDER**

    -against-                  **25-CV-8038 (DEH)(JW)**

SOM JAI NUK INC. et al.,

                Defendant.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

Counsel Barton's motion to withdraw as counsel for Plaintiff Salazar is **GRANTED**. Counsel is directed to order a copy of transcript of the proceeding and serve it on Plaintiff Salazar along with a copy of this Order.

Plaintiff Salazar now has the option of hiring new counsel or proceeding *pro se* in this case. If Plaintiff Salazar chooses to proceed *pro se,* he must inform the Court in writing and file the appropriate paperwork by March 30, 2026. If Plaintiff Salazar does not take either of those steps, Plaintiff Salazar may be dismissed from this case either *sua sponte* by the Court or on a Motion to Dismiss.

Once Counsel Barton has served Plaintiff Salazar with a copy of the transcript and this Order, counsel is to file a letter on the docket indicating that has occurred.

SO ORDERED.

DATED:    New York, New York
             March 9, 2026

                                JENNIFER E. WILLIS
                                United States Magistrate Judge