UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

JAVIER PORFIRIO ROCETE, and AGUSTIN
ROSALES SALAZAR, *individually and on behalf of
others similarly situated,*

                      *Plaintiffs,*

        -against-

SOM JAI NUK INC. (D/B/A CHAROEN
KRUNG THAI), and SIRIKORN
LIKITVANICHKUL

                      *Defendants,*

------------------------------------------------------------------X

Civil Action No. 1:25-cv-08038-DEH-JW

**JUDGMENT**

## JUDGMENT

On May 22, 2026, Plaintiff Javier Porfirio Rocete filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, Javier Porfirio Rocete, has judgment against Som Jai Nuk Inc. (d/b/a Charoen Krung Thai) and Sirikorn Likitvanichkul, jointly and severally, in the amount of Thirty-Three Thousand Dollars and No Cents ($33,000.00), which is inclusive of attorneys' fees and costs.

Dated: May 22, 2026
SO ORDERED.

_____
HON. DALE E. HO
U.S. DISTRICT JUDGE

The Clerk of Court is respectfully directed to close the case.